| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | LUIS AGUILAR-LUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-026 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE AND EXCLUDE |
| v. | ) | TIME |
| | ) | |
| LUIS AGUILAR-LUA, | ) | Date: December 5, 2013 |
| | ) | Time: 9:00 p.m. |
| Defendant. | ) | Judge: Honorable Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for LUIS AGUILAR-LUA, that the status conference date of November 7, 2013 be continued to December 5, 2013 at 9:00 a.m.

The reason for this continuance is because counsel needs additional time for further investigation and to examine possible defenses.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 5, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

Stipulation to Continue -1- *US v. Aguilar-Lua, 08-cr-026 MCE*

DATED: November 1, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for LUIS AGUILAR-LUA

DATED: November 1, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble for*
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 7, 2013, status conference is continued to December 5, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 5, 2013, hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 5, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT